1  ERIC A. GROVER (SBN 136080)
   eagrover@kellergrover.com
2  ROBERT W. SPENCER (SBN 238491)
   rspencer@kellergrover.com
3  **KELLER GROVER LLP**
4  1965 Market Street
   San Francisco, California 94103
5  Telephone:  (415) 543-1305
   Facsimile:   (415) 543-7861
6

7  Attorneys for Plaintiff
   MICHELE ANDRADE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE ANDRADE, individually and on behalf of a class of similarly situated individuals, | Case No: 3:15-cv-01394 EMC |
| | <u>CLASS ACTION</u> |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING FOR DEFENDANT'S MOTION TO DISMISS COMPLAINT AND MOTION TO STRIKE PLAINTIFF'S REQUEST FOR INJUNCTIVE RELIEF** |
| DESERT CHAMPIONS LLC, | |
| Defendant. | |
| | Date:         May 28, 2015 |
| | Time:         1:30 p.m. |
| | Courtroom:  5, 17th Floor |
| | Judge:        Hon. Edward M. Chen |
| | Complaint filed: March 26, 2015 |

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE HEARING

CASE NO. 3:15-CV-01394 EMC

Plaintiff Michele Andrade and Defendant Desert Champions LLC, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Defendant filed its motion to dismiss Plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and motion to strike Plaintiff's request for injunctive relief pursuant to Federal Rule of Civil Procedure 12(f) on April 23, 2015 (Dkt. #14).

2. Plaintiff has filed her opposition to Defendant's motion to dismiss (Dkt. #17).

3. Defendant has filed its reply to Plaintiff's opposition (Dkt. #19).

4. Defendant's motions are set to be heard on May 28, 2015 at 1:30 p.m.

5. Counsel for Plaintiff has a conflict on May 28, 2015 due to a previously scheduled court appearance in an unrelated case pending in San Francisco Superior Court.

6. The Parties have met and conferred and agreed to continue the hearing date. Because Plaintiff's counsel also has a conflict on June 4, 2015, the Parties have agreed, pending Court approval, to continue the hearing from May 28, 2015 to June 11, 2015.

Dated: May 18, 2015     **KELLER GROVER LLP**

By: /s/ *Eric A. Grover*
ERIC A. GROVER

*Counsel for Plaintiff*
MICHELE ANDRADE

Dated: May 18, 2015     **SEYFARTH SHAW LLP**

By: /s/ *Lawrence E. Butler*
LAWRENCE E. BUTLER
PATTY H. LEE

*Counsel for Defendant*
DESERT CHAMPIONS LLC

**ORDER**

GOOD CAUSE APPEARING THEREFORE, the hearing on Defendant's motions are re-set from May 28, 2015 to June 11, 2015 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: 5/18/15

HONORABLE
UNITED STATES



IT IS SO ORDERED
Judge Edward M. Chen

KELLER GROVER LLP
1965 Market Street, San Francisco, CA 94103
Tel. 415.543.1305 | Fax 415.543.7861

| STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING | 2 | CASE NO. 3:15-CV-01394 EMC |
|---|---|---|