ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
ROBERT W. SPENCER (SBN 238491)
rspencer@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, California 94103
Telephone:  (415) 543-1305
Facsimile:   (415) 543-7861

Attorneys for Plaintiff
HILARY GAMACHE and MICHELE ANDRADE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILARY GAMACHE, individually and on behalf of a class of similarly situated individuals,<br><br>  Plaintiff,<br><br>  v.<br><br>DESERT CHAMPIONS LLC,<br><br>  Defendant. | Case No: 4:15-cv-02112 EMC<br>Case No: 3:15-cv-01394 EMC<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT<br><br>Date:  February 11, 2016<br>Time:  1:30 p.m.<br>Courtroom: 5, 17th Floor<br>Judge:  Hon. Edward M. Chen |
| MICHELE ANDRADE, individually and on behalf of a class of similarly situated individuals,<br><br>  Plaintiffs,<br><br>  v.<br><br>DESERT CHAMPIONS LLC,<br><br>  Defendant. | *Gamache* Complaint filed: May 11, 2015<br>*Andrade* Complaint filed: March 26, 2015 |

The Court has received the Stipulation of Settlement and Release Between Plaintiffs and Defendant ("Stipulation of Settlement"), entered into by and between (1) Plaintiffs HILARY K. GAMACHE and MICHELE ANDRADE ("Plaintiffs" or "Class Representatives"), on behalf of themselves and all other similarly situated, and (2) Defendant DESERT CHAMPIONS LLC ("Defendant").

Having reviewed the Stipulation of Settlement and the exhibits attached thereto, as well as Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and the papers filed in support thereof, and for good cause appearing, the Court HEREBY ORDERS THE FOLLOWING:

1. The Court CONSOLIDATES the *Gamache* and *Andrade* actions for the purpose of preliminarily approving the settlement and notifying the putative class members thereof as set forth in the Stipulation of Settlement.

2. The Court GRANTS preliminary approval of the settlement based upon the terms set forth in the Stipulation of Settlement. The Court preliminarily finds that the terms of the proposed settlement are fair, reasonable, and adequate to the Settlement Class, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure.

3. The Court ORDERS that the following Settlement Class is preliminarily certified for settlement purposes only:

   > All consumers who engaged in debit or credit card transactions with Defendant over the internet, by telephone, or in-person at one of its Indian Wells, California box office locations between March 26, 2013 and April 17, 2015, inclusive.

4. The Court FINDS that the above-defined Settlement Class meets all the requirements for class certification. The Court FURTHER FINDS that the requirements of Rules 23(a) and 23(b)(2) of the Federal Rules of Civil Procedure are satisfied as (a) the members of the Settlement Class are so numerous that joinder is impracticable, (b) there are questions of law and fact common to the Settlement Class members which predominate over any individual questions,

KELLER GROVER LLP
1965 Market Street, San Francisco, CA 94103
Tel. 415.543.1305 | Fax 415.543.7861

(c) the claims of the Class Representatives are typical of the claims of the Settlement Class members, (d) the Class Representatives and their counsel have fairly and adequately represented and protected the interests of the Class Members and will continue to do so, and (e) a class action is superior to other available methods for the fair and efficient adjudication of the controversy.

5. The Court APPOINTS Eric A. Grover as Class Counsel.

6. The Court APPOINTS Hilary K. Gamache and Michele Andrade as the Class Representatives.

7. The Court CONFIRMS Phoenix Settlement Administrators as the Settlement Administrator.

8. The Court APPROVES the proposed manner and content of notice, including the Class Action Settlement Notice and mailing envelope (**Exhibits A** and **B** hereto), as well as the Opt-Out Form (**Exhibit C** hereto).

9. The Court DIRECTS Defendant to provide the known names, mailing and email addresses of individuals who engaged in debit or credit card transactions with Defendant over the internet, by telephone, or in-person at one of its Indian Wells, California box office locations between March 26, 2013 and April 17, 2015 to the Settlement Administrator, in the manner described in the Stipulation of Settlement, by no later than 30 days from the date of this Order.

10. The Court DIRECTS the Settlement Administrator to mail the Class Action Settlement Notice (**Exhibit A** hereto) by no later than 60 days from the date of this Order.

11. The Court DIRECTS the Settlement Administrator to email the Class Action Settlement Notice (**Exhibit A** hereto) by no later than 60 days from the date of this Order.

12. The Court DIRECTS that by no later than 30 days from the date of this Order, the Settlement Administrator shall cause the publication of the Settlement Website at

the URL www.DesertChampionsFACTASettlement.com (or a similar name if that one is not available), which, among other information, will include downloadable versions of the Stipulation of Settlement, Class Action Settlement Notice (**Exhibit A** hereto), the mailing envelope (**Exhibit B** hereto), the Opt-Out Form (**Exhibit C** hereto), the *Andrade* Complaint; the *Gamache* First Amended Complaint; the Answer to the *Gamache* First Amended Complaint, and this Order.

13. The Court FINDS that the notice to be provided to Settlement Class members in this case and the methodology by which the notice will be disseminated: (a) is reasonably calculated, under the circumstances, to apprise the Settlement Class members of the pendency of the action and of their right to object or to exclude themselves from the proposed settlement; (b) is reasonable and constitutes due, adequate and sufficient notice to all persons entitled to receive notice; and (c) meets all applicable requirements of the Federal Rules of Civil Procedure, the Class Action Fairness Act, the United States Constitution (including the Due Process Clause), the Rules of Court, and any other applicable law;

14. This Court will hold a Final Approval Hearing on __July 28__, 2016 at 1:30 p.m. to consider the fairness, reasonableness and adequacy of the proposed settlement as well as the award of costs, fees and incentive awards. Class Counsel shall file a motion for approval of reasonable attorneys' fees, costs, and litigation expenses and a motion for approval of enhancement awards for Plaintiffs Gamache and Andrade no later than 14 days before the deadline to opt-out or submit objections. If the motion for final approval of the settlement will be unopposed, the motion and all supporting papers may be filed on or before __July 7, 2016__, which is 21 calendar days before the Final Approval Hearing. The Final Approval Hearing may be adjourned or continued without further notice to the Class;

15. Each member of the Settlement Class who wishes to exclude himself or herself from the Settlement Class must submit a valid and timely Opt Out Form (or other

KELLER GROVER LLP
1965 Market Street, San Francisco, CA 94103
Tel. 415.543.1305; Fax 415.543.7861

written request for exclusion) to the Settlement Administrator postmarked no later than 60 days after the Settlement Administrator first mails out the Class Action Settlement Notices. Any Settlement Class member who submits a valid and timely request for exclusion shall no longer be a member of the Settlement Class, shall be barred from participating in this settlement and shall receive no benefit from this settlement;

16. Any Settlement Class member who does not submit a valid and timely Opt Out from the Settlement Class will be bound by all proceedings, orders, and judgments in this action relating to the Stipulation of Settlement, even if such Settlement Class member has previously initiated or subsequently initiates individual litigation against Defendant or other proceedings involving Settled Claims;

17. Each Settlement Class member who wishes to object to the fairness, reasonableness or adequacy of the Stipulation of Settlement, to any terms of the proposed settlement, or to the proposed attorneys' fees and costs or incentive awards, must submit a written objection with the Court no later than 60 days after the Settlement Administrator first mails out the Class Action Settlement Notices. Should any party wish to file a written response to any written objection submitted by a Settlement Class member, that response shall be filed at least 21 calendar days prior to the Final Approval Hearing. Any Settlement Class member who fails to file and serve a timely written objection shall be foreclosed from objecting to the settlement unless otherwise ordered by the Court;

18. Pursuant to the Class Action Fairness Act, Defendant is required to notify "appropriate Federal and State officials" of the settlement. 28 U.S.C. § 1715. Defendant shall file proof of such notification no later than 21 days from the date of this Order.

KELLER GROVER LLP
1965 Market Street, San Francisco, CA 94103
Tel. 415.543.1305; Fax 415.543.7861

19. All proceedings in the Actions are stayed until further order of the Court, except as may be necessary to implement the settlement or comply with the terms of the Stipulation of Settlement or this Order.

**IT IS SO ORDERED.**

Dated: __February 12__, 2016

_____
THE HONORABLE EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

Dated: January 4, 2016         Respectfully Submitted,

**KELLER GROVER LLP**

By:  */s/ Eric A. Grover*
ERIC A. GROVER

Attorneys for Plaintiffs
HILARY K. GAMACHE, MICHELE ANDRADE
and the Proposed Class

KELLER GROVER LLP
1965 Market Street, San Francisco, CA 94103
Tel. 415.543.1305; Fax 415.543.7861

[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL — - 5 - — CASE NO.: 4:15-cv-02112 EMC
CASE NO.: 3:15-CV-01394 EMC